The People of the State of Illinois, defendant in error, v. J. C. Cobbins, plaintiff in error. Gen. No. 29,414.

Prosecution for violation of statute requiring registration of real estate brokers. Defendant found guilty. Error to the Municipal Court of Chicago; the Hon. Philip J. Finnegan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed February 3, 1925.

Alva L. Bates, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Clarence Thomas, plaintiff in error. Gen. No. 29,449.

Prosecution for neglect to support wife. Defendant found guilty. Error to the Municipal Court of Chicago; the Hon. Joseph Burke, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed February 3, 1925.

M. L. Carmody, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

Roos Manufacturing Company, defendant in error, v. Edward Roos et al., plaintiffs in error. Gen. No. 28,326.

Suit for injunction to restrain use of certain trade-marks and trade names. Decree granting injunction. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded with directions. Opinion filed February 3, 1925.

Guy Van Schaick, for plaintiffs in error; Fred B. Roos, of counsel. Julius Goldzier, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Joseph Benedetto, plaintiff in error. Gen. No. 29,183.

Prosecution for assault with deadly weapon. Defendant convicted. Error to the Criminal Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed February 3, 1925.

O'Brien, Prystalski & Owen, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward W. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.